USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK INGLETON,

                Plaintiff,

- against -

SOUL CONCERTS LLC and WILLIAM HART,

                Defendants.

09 Civ. 3802 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS on September 14, 2009 this Court ordered Soul Concerts LLC to serve and file a response to Plaintiff's default judgment application no later than September 28, 2009; and

        WHEREAS on September 17, 2009 Soul Concerts LLC, appearing pro se, filed an Answer to the Summons and Complaint herein; and

        WHEREAS it is well-established that "a limited liability company . . . may appear in federal court only through a licensed attorney," Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007); it is hereby

        ORDERED that Defendant Soul Concerts LLC must retain counsel in order to appear in this action. If Soul Concerts LLC wishes to oppose Plaintiff's motion for default judgment, Soul Concerts LLC must retain counsel, arrange for that counsel to file a notice of appearance, submit opposition papers to Plaintiff's motion for default judgment no later than 5:00 p.m. on September 28, 2009, and arrange for counsel to appear at the default judgment

hearing scheduled for 10:45 a.m. on October 2, 2009, in Courtroom 18B of the United States Courthouse, 500 Pearl Street, New York, New York. It is further

ORDERED that the Clerk of the Court shall send copies of this Order by certified mail to the parties to this action at the following addresses:

>    Joseph Francis Donnelly
>    Dechert, LLP (NYC)
>    1095 Avenue of the Americas
>    New York, NY 10036-6797
>
>    William Hart
>    422 Gribble Rd.
>    Wyncote, PA 19095
>
>    Darryl Payne
>    Soul Concerts LLC
>    27-60 Beverly Drive
>    Aurora, IL 60504

Dated:      New York, New York
            September 23, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2